**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 14-CV-23475**

MELANIE E. DAMIAN, as Special
Monitor and Equity Receiver for the
Estate of HUNTER WISE
COMMODITIES, LLC, *et al.,*

    Plaintiff,

v.

JAY BRUCE GROSSMAN, a/k/a
"J.B. GROSSMAN", JB GROSSMAN, P.A.,
TIMOTHY CAREY, and WINSTON &
STRAWN, LLP

    Defendant.
_____/

## MEDIATION REPORT

Pamela I. Perry, the mediator in this case, pursuant to S.D. Fla. L. R. 16.2(f), hereby submits the following Mediation Report:

1. On April 15, 2015, a mediation conference in the above referenced case was convened at Damian & Valori LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida.

2. All parties and their respective counsel were present for the mediation conference.

3. Although the parties did not reach a settlement that day, the mediation was adjourned pending further negotiations. Since that time, the parties and the mediator have continued to mediate this matter telephonically, and these efforts remain ongoing.

Respectfully submitted,

  /s/ Pamela I. Perry
PAMELA I. PERRY
(Florida Bar No. 455271)
201 Alhambra Circle, Suite 601
Coral Gables, FL 33134
Telephone:   (305) 670-9800
Facsimile:   (305) 670-9933

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2015, a true copy of the foregoing was electronically filed with the Clerk of Court via CM/ECF and electronically transmitted to the following parties:

Melissa Visconti
Damian & Valori, LLP
mvisconti@dvllp.com)

Harris Solomon
Brinkley Morgan
harris.solomon@brinkleymorgan.com

George Taylor
Brinkley Morgan
george.taylor@brinkleymorgan.com

      /s/ Pamela I. Perry
         PAMELA I. PERRY